MARC S. CWIK
Nevada Bar No. 006946
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cwik@lbbslaw.com

*Attorneys for Counterdefendant Samuel A. Harding*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Samuel A. Harding, | Case No. 2:08-cv-01799-RCJ-LRL |
| Plaintiff/Counterdefendant, | |
| v. | |
| Joan L. Green, | |
| Defendant/Counterclaimant. | |

**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS AND COUNTERCLAIMS, AND FOR PERMANENT INJUNCTION**

Plaintiff/Counterdefendant Samuel A. Harding (hereinafter "Harding"), through his counsel, Marc S. Cwik, Esq. of Lewis Brisbois Bisgaard & Smith LLP and Michael R. Small, Esq.; and Defendant/Counterclaimant Joan L. Green (hereinafter "Green"), in Proper Person; hereby enter into the following Stipulation and Order to Dismiss All Claims and Counterclaims, and for permanent injunction:

## RECITALS

WHEREAS, Harding filed a Complaint for Damages and Injunctive Relief (Doc. No. 1) in the above-captioned matter on December 22, 2008 against Green, asserting claims for (1) Cybersquatting - 15 U.S.C. Section 1125; and (2) Common Law Defamation;

WHEREAS, Green filed a Counterclaim and Complaint for Damages (Doc. No. 34) on April 27, 2009;

4815-7784-9860.1

WHEREAS, Harding filed a Motion to Dismiss and to Strike from the Court Record Green's Counterclaim and Complaint for Damages and Green's Counter-Counter Claim (Doc. No. 39);

WHEREAS, since filing her Counterclaim and Complaint for Damages (Doc. No. 34) on April 27, 2009, Green has filed several other documents which she entitled a "counterclaim" or which utilized similar terminology, which include the following:

(1) "Counterclaim-Counter Claim to Counter-Defendants Counter Claim to Original Counter-Claim (Doc. No. 37), filed on May 11, 2009;

(2) "Counterclaim for Civil Liability for False or Fraudulent Registration Under USC Title 15 USC 1120 (Lanham Act)" (Doc. No. 53) on June 25, 2009;

(3) "Counterclaim to Plaintiff's Second Claim for Relief Defamation, and Counterclaim of Professional Malpractice Under the Nevada Made-Whole Doctrine, Counterclaim to Defendants Assertion that the Holds a Famous Mark" (Doc. No. 66) on July 7, 2009; and

(4) "Counter to Sam Harding's Counterclaims, Sam Harding Has Failed to Produce Evidence That He Has a Claim Under 15 USC 1125, Sam Harding Should Be Subject to Sanctions Rule 11" (Doc. No. 79) on August 4, 2009.

WHEREAS, Green has also filed multiple other motions and papers intended to respond to Harding's Complaint for Damages and Injunctive Relief with various titles, including, but not necessarily limited to, Doc. Nos. 42, 44, 45, 48, 49, 52, 57, 58, 61, 69, 71, 74, 81, 82, and 88;

WHEREAS, in response to Green's various filings, Harding filed a (Counter) Motion to Deem Green a Vexatious Litigant and for Entry of a Pre-Filing Order (Doc. No. 50) and a Supplement to said Motion (Doc. No. 90);

WHEREAS, in response to Green's various filings, Harding also filed a Special Motion to Dismiss (Doc. No. 54), pursuant to Nevada's anti-SLAPP laws set forth at NRS 41.635 to NRS 41.670, and two Supplements thereto (Doc. Nos. 63 and 66);

WHEREAS, Green has sent multiple letters to Harding's counsel and their affiliates in this action and various governmental entities concerning the foregoing litigation and threatening litigation against Harding's counsel and their affiliates;

WHEREAS, the parties appeared before the Honorable Lawrence R. Leavitt, United States Magistrate Judge, on August 26, 2009, for oral argument on Harding's (Counter) Motion to Deem Green a Vexatious Litigant and for Entry of a Pre-Filing Order (Doc. No. 50);

///

WHEREAS, at the hearing on August 26, 2009, Green informed the Court that she is willing and does not care if the court dismisses all of her counterclaims against Harding (*See* Minutes of Proceedings, Doc. No. 91; *see, also,* Amended Order at 3:10-11, Doc. No. 93);

WHEREAS, the parties stated on the record at the hearing on August 26, 2009 that they are desirous to bring peace with one another concerning Green's counterclaims against Harding and Green's various motions and other papers filed against Harding;

WHEREAS, Magistrate Lawrence R. Leavitt indicated that the parties could submit a Stipulation and Order to the Court for the purpose of dismissing Green's counterclaims against Harding (*See* Minutes of Proceedings, Doc. No. 91);

WHEREAS, subsequent to the hearing on August 26, 2009, Magistrate Lawrence R. Leavitt entered an Order striking the following documents filed by Green: Doc. Nos. 24, 36, 42, 45, 49, 58, 69, 81, 82, 86, 87 and 88 (*See* Amended Order at p. 4, Doc. No. 93);

WHEREAS, subsequent to the hearing on August 26, 2009, the Honorable Robert C. Jones entered an Order (Doc. No. 94) on September 21, 2009 granting various Motions to Dismiss filed by Harding, including, but not limited to, Harding's Motion to Dismiss and to Strike from the Court Record Green's Counterclaim and Complaint for Damages and Green's Counter-Counter Claim (Doc. No. 39), and Harding's Special Motion to Dismiss (Doc. No. 54);

WHEREAS, Harding's counsel and Green have discussed the status of this matter and Harding and Green have determined that they would like to have this Court enter an order both dismissing any and all claims and counterclaims between them, with prejudice, and entering a permanent injunction against Green as herein stipulated below, thereby effecting dismissal of this litigation in its entirety and resolving the dispute between the parties; and

WHEREAS, Harding's counsel and Green wish to bring peace between each other with regard to Green's threats to file suit against Harding's counsel and their affiliates related to their representation of Harding in the present action;

the parties hereby enter into the following Stipulations:

///

///

## STIPULATIONS

IT IS HEREBY STIPULATED, by and between Harding and Green, that any and all counterclaims, defenses, and motions (however designated), previously asserted by Green against Harding, or which may arise out of the circumstances giving rise to the present litigation, including claims asserted by Green against Harding's counsel and their affiliates, shall forever be dismissed, with prejudice, with each party to bear their own attorney's fees and costs, and to fully effect such stipulation, Green further waives any right of appeal of Judge Jones Order (Doc. No. 94) filed on September 21, 2009;

IT IS HEREBY FURTHER STIPULATED, by and between Harding and Green, that a Permanent Injunction may be entered against Green in this matter which prohibits Green, and/or all persons acting in consort or participation with Green, from: (1) using Harding's name or confusingly similar variations thereof, alone or in combination with any other letter, word, letter string, phrase or design, for any purpose (including, but not limited to, on web sites and in domain names); and (2) registering, owning, leasing, selling, or trafficking in any domain name containing Harding's name or service mark, or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

IT IS HEREBY FURTHER STIPULATED, by and between Harding and Green, that Harding dismisses, with prejudice, his claims against Green pursuant to 15 U.S.C. §1125 under the Anti-Cybersquatting Protection Act (ACPA) and Common Law Defamation, in exchange for (1) Green's above Stipulation to forever dismiss with prejudice any and all counterclaims, defenses, and motions (however designated), including claims asserted by Green against Harding's counsel and their affiliates, and to waive any right to appeal Judge Jones Order (Doc. No. 94) filed on September 21, 2009; and (2) Green's above Stipulation of the entrance of a Permanent Injunction as so stated; and

///
///
///
///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the stipulations between Harding and Green.

DATED this ____ day of October, 2009        DATED this ____ day of October, 2009

/s/ Marc S. Cwik

Marc S. Cwik, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
Nevada Bar No. 6946
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 893-3383
FAX: (702) 893-3789
*Attorney for Counterdefendant Samuel A. Harding*

/s/ Joan Green

Joan L. Green
6100 4th Street, NW
#224
Albuquerque, NM 87107
(505) 715-1570
FAX: (505) 212-0488
*Plaintiff, In Proper Person*

DATED this 9th day of October, 2009

/s/ Michael R. Small

Michael R. Small, Esq.
Nevada Bar No. 7519
1100 East Bridger Avenue
Las Vegas, Nevada 89101-5315
(702) 259-4600
FAX: (702) 259-4748
*Attorney for Plaintiff Samuel A. Harding*

## ORDER

Upon review of the above Stipulations, and good cause appearing:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

SUBMITTED BY:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 893-3383
FAX: (702) 893-3789
Attorney for Counterdefendant Samuel A. Harding